IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

CARLOS REYES,

    Petitioner,

v.                                      CIVIL ACTION NO. 2:04-0831

UNITED STATES OF AMERICA,

    Respondent.

## ORDER

Pending before the court is petitioner's motion for reconsideration of its previous order dismissing this case (Docket No. 99). In this motion, petitioner avers that the court's order dismissing this case, dated October 26, 2005, was in violation of national and international law. (See id. at 4.) Having reviewed the record and applicable case law, the court finds that its previous decision was proper. As such, petitioner's motion for reconsideration (Docket No. 99) is hereby DENIED.

The Clerk is further directed to forward a certified copy of this Order to all counsel of record and the plaintiff, pro se.

IT IS SO ORDERED this 18th day of November, 2005.

                ENTER:

                David A. Faber
                United States District Judge